**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CIVIL ACTION NO. 14-_____                *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

V.          **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

**REAL PROPERTY KNOWN AS**
**898 MASON HEADLEY ROAD,**
**LEXINGTON, KENTUCKY, OWNED BY**
**JACK CASSIDY AND JERRY CASSIDY**                            **DEFENDANTS**

\* \* \* \* \*

Now comes the plaintiff, United States of America, by and through counsel, Wade T. Napier, Assistant United States Attorney for the Eastern District of Kentucky, and brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

**NATURE OF THE ACTION**

1. This is a civil action *in rem* brought to enforce the provisions of:

    a. 18 U.S.C. § 2428 for the forfeiture of property that was used or intended to be used to commit or to facilitate a violation of 18 U.S.C. § 2423; and

    b. 18 U.S.C. § 2254 for the forfeiture of any property, real or personal, used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2251(a).

## **THE DEFENDANT *IN REM***

2.     The Defendant real property known as 898 Mason Headley Road, Lexington, Fayette County, Kentucky, is more particularly described as follows:

> Being all of Lot No. 1, Block "A" of the Gardenside Subdivision, Section 1-A, to the City of Lexington, Fayette County, Kentucky, as shown by plat of record in Plat Book 5, Page 55, Fayette County Court Clerk's Office, to which plat reference is hereby made for a more particular description of the property herein conveyed; and,
>
> Being the same property conveyed to Clarence B. Cassidy and Madeline Cassidy, his wife, by deed dated August 22, 1955, and which title was passed to Jack Elliott Cassidy and Jerry Allen Cassidy by virtue of the Last Will and Testament of Clarence B. Cassidy, filed in the records of the Fayette County Clerk in Book 0108, Page 709, on April 18, 1985.

## **JURISDICTION AND VENUE**

3.     This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.

4.     The United States does not request authority from the Court to seize the real property at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1):

> a. post notice of this action and a copy of the Complaint on the defendant real property, and
>
> b. serve notice of this action on the defendant real property owners, and any other person or entity who may claim an interest in the defendant, along with a copy of this Complaint, and
>
> c. execute a writ of entry for purposes of conducting an inspection and inventory of the property, and

      d. file a lis pendens in county records of the defendant real properties giving notice of the property's status as a defendant in this in rem action.

5.    Venue is proper in this district pursuant to 28 U.S.C. § 1395(b) because the property is located in this district.

## BASIS FOR FORFEITURE

6.    The Defendant real property is subject to forfeiture to the United States of America because:

      a. it was used or intended to be used to commit or to facilitate a violation of 18 U.S.C. § 2423; and

      b. it was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2251(a).

7.    The facts and circumstances supporting the forfeiture of the Defendant real property are set forth in the affidavit of Federal Bureau of Investigation Special Agent Kimberly Hill Kidd which is attached hereto and incorporated herein by reference.

WHEREFORE, the United States of America prays that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

                        KERRY B. HARVEY
                        UNITED STATES ATTORNEY

By:   /s Wade T. Napier
       Assistant United States Attorney
       207 Grandview Drive, Suite 400
       Ft. Mitchell KY 41017
       (859) 655-3205
       Fax: (859) 655-3211
       e-mail: wade.napier@usdoj.gov