## DECLARATION

I am a Special Agent with the Federal Bureau of Investigation and the agent assigned responsibility of this case.

I have read the contents of the foregoing complaint for forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3 day of October, 2014.

*Kimberly Hill Kidd*
Kimberly Hill Kidd
Special Agent
Federal Bureau of Investigation