AFFIDAVIT OF KIMBERLY HILL KIDD

I, Kimberly Hill Kidd, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since February 2002. As such, I am a federal law enforcement officer authorized to investigate violations of federal law, and to apply for and execute warrants issued under the authority of the United States. I investigate various federal crimes, including those involving child pornography and child exploitation. Before becoming a Special Agent, I was a Psychological Associate for a private counseling practice for seven years, where I specialized in providing counseling to preteen and teenage girls. I have extensive law enforcement training in child exploitation crimes, and most of my caseload consists of child exploitation crimes involving the internet and computer equipment. Your Affiant has attended numerous in-services and trainings, and has completed on-line training in relation to computer crimes against children and computer crimes in general.

2. On August 15, 2014, your Affiant was contacted by the Fayette County Commonwealth Attorney's Office in regards to twin brothers, Jack and Jerry Cassidy, 898 Mason Headley Road, Lexington, Fayette, Kentucky, 40504. The Cassidy brothers had been arrested on August 11, 2014 for possession of child pornography. The Commonwealth Attorney's Office contacted your Affiant because Lexington Division of Police and the Fayette County Commonwealth

Attorney's Office were interested in working a joint investigation with the FBI in regards to Jack and Jerry Cassidy.

3. Between August 15, 2014 and September 3, 2014, your Affiant was provided with the information set forth in the paragraphs below. This information comes from various sources who were part of the initial investigation and also others who have become involved as that investigation has progressed.

4. On August 11, 2014, at approximately 9:48 p.m., Officer Alejandro Zaglul of the Lexington Division of Police was dispatched to 898 Mason Headley Road, Lexington, Kentucky, in reference to an Emergency Callout assist with a person down and an uncooperative brother. Upon arrival, the emergency personnel were located outside the front door to the residence with Jack E. Cassidy at the front door advising that there was no one else in the residence. As Officer Zaglul approached, from his vantage point he could see a naked person lying immobile on the floor of an adjacent room. Officer Zaglul commanded Jack Cassidy to move aside, he entered the residence, and performed a safety sweep. Jerry Cassidy was located on the floor of what appeared to be an office, naked, surrounded by dog collars and white cord. Officer Zaglul advised emergency personnel that it was safe to proceed so they entered the residence and checked Jerry Cassidy's vitals. Jerry Cassidy was highly intoxicated and refused emergency assistance.

5. While conducting the initial safety sweep, Officer Zaglul noticed photographs of children displayed in the residence which portrayed the children in sexualized positions. Some of the photographs Officer Zaglul observed depicted child nudity,

2

mainly of the child's buttocks. Many of the photographs had notes attached to them that were sexual in nature. In one of the bedrooms, Officer Zaglul noticed a shadow box that contained a pair of children's blue jean shorts. The shadow box was marked with a label documenting the name of a child, a date, and the approximate age of the child.

6. After conducting the safety sweep and starting emergency assistance for Jerry Cassidy, Officer Zaglul read both subjects their *Miranda* rights. Officer Zaglul noted that Jerry Cassidy continually insisted he could not hear Officer Zaglul, no matter how loud he read the *Miranda* rights. But later, Jerry Cassidy could hear Officer Zaglul as he spoke to other people at the scene in a deliberately quiet voice. After reading both Jack and Jerry Cassidy their *Miranda* rights, Officer Zaglul requested a Supervisor come to the residence.

7. During the course of Officer Zaglul being in the presence of both Jack and Jerry Cassidy, he asked Jack Cassidy who the children in the photographs were. Jack Cassidy advised Officer Zaglul that both he and his brother were Boy Scout Troop leaders for years and that the children depicted in the photographs were their previous Boy Scouts. At this point Jack Cassidy willingly signed a consent form giving Officer Zaglul consent to search the residence.

8. Officer Zaglul conducted a consensual search of what is described as the office area of the residence. Officer Zaglul opened a door on the office desk and located several photographs of children and adults bound in cord, partially dressed. One of the photographs depicted a teenage male and an adult male hogtied and kissing

3

each other on the mouth. Another of the photographs depicted a child being tied-up by someone who appeared to be either Jack or Jerry Cassidy. A name was written on the back of the photograph and Officer Zaglul observed this was the same name documented on the shadow box containing the child's blue jean shorts. With this observation, the determination was made that a search warrant would be obtained prior to any additional search.

9. Sergeant Allen Culver of the Lexington Division of Police responded to 898 Mason Headley Road at approximately 9:48 p.m. upon Officer Zagul's request for a supervisor. Upon his arrival, Sergeant Culver noticed an older white man sitting in the living room and could hear the fire/emergency personnel down the hall of the residence. Sergeant Culver located Officer Zaglul in the first room on the left from the center hallway. Inside this room, Sergeant Culver noticed an older man sitting in a chair and paramedics checking his vitals. At this time, Officer Zaglul pointed to some framed photographs on the far left wall of the room. The photographs were of boys in shorts, with their legs pulled up to their cheeks. Some of the boys were shirtless but all of the photographs had comments taped on them, such as "wow". Another photograph on the wall showed a side photograph of a boy, bent at the waist, with his pants pulled down showing his buttocks. Two captions were taped to the photograph: "skinny dipper" and "white meat". Sergeant Culver also noticed a pile of photographs sitting on the desk in plain view. The top photograph showed a naked boy with his back turned to camera, showing his buttocks. All of the boys in the photographs appeared to Sergeant

4

Culver to be under 18 years old and most appeared to be around the age of 10 years old.

10. Sergeant Culver advised Jerry Cassidy of his *Miranda* rights and asked if he understood them. Jerry Cassidy refused to acknowledge Sergeant Culver in any way. Then Sergeant Culver advised Jack Cassidy of his *Miranda* rights. Officer Zaglul stated that neither man would answer simple questions for him either. Officer Zaglul reported that he conducted a protective sweep of the residence because Jerry Cassidy would not advise if anyone else was in the residence at the time of Officer Zaglul's arrival. Sergeant Culver noticed in two of the bedrooms there were more framed photographs of boys. Again, taped to the photographs were comments such as "long on love, short on pants," "the incredible edible LEGS," and "something smooth you like, love, and admire." Some photographs had tags on them such as "pretty" or "sweet," and another photograph had an arrow pointing to a boy's leg with the comment, "peanut butter tastes like fun." Sergeant Culver called the Special Victims Detective on call, Detective Ruebsam, and advised him of the situation.

11. Sergeant Jerimiah Harville of the Lexington Division of Police also responded to the scene at approximately 11:07 p.m. Upon his evaluation of the situation, he advised responding Detectives for the need of a search warrant. Sergeant Harville also notified the Duty Commander. Following Lexington Division of Police common practices, since Detectives were responding to the residence, neither subject was questioned at this point by the current on-scene personnel.

Spontaneously, Jack Cassidy noticed the interest in the photographs and stated that he and Jerry Cassidy were both Boy Scout leaders during the 1960s, 1970s, and 1980s. Jack Cassidy stated that the photographs were taken by him and Jerry Cassidy during trips all over the country. While waiting for the search warrant, Jerry Cassidy was moved from the other room and was seated with Jack Cassidy on the couch. When Jerry Cassidy complained about the police still being in their house, Sergeant Culver advised that they were waiting on detectives to arrive on the scene. Jerry Cassidy stated "just take us to prison!" When asked why, Jerry Cassidy replied, "you know damn well why." Jerry Cassidy told Jack Cassidy on several occasions in the presence of Sergeant Culver that they would die in prison and Jack Cassidy simply shrugged and said, "well we won't have any bills." Jack Cassidy then complained to police of having to stay up so late. A safety check was conducted of one of the bedrooms and Jack Cassidy was allowed to lie down on the bed and an officer was stationed with him.

12. Detective Christopher Ruebsam, Lexington Division of Police, responded to 898 Mason Headley Road at approximately 10:00 p.m. As stated, Detective Ruebsam was the Special Victims Detective on call that evening and was called to the scene by Sergeant Culver. On August 11, 2014, the search warrant for the residence was obtained by Lexington Division of Police and the search of the residence continued. Detective Ruebsam realized that the photographs on the walls and other photographs located in various areas of the residence were those of former Boy Scouts assigned to Jack and Jerry Cassidy's Troop. These photographs would

generally show the buttocks of the minor staged in a sexual pose. Also located during the search of the residence were logs by either or both Jack and Jerry Cassidy that detailed how long it would take to convince a particular child to get naked and other journal entries on how long it would take to convince the child to French kiss either Jack or Jerry Cassidy. This particular log also described in detail the name and age of the victim. In addition to this particular log, Detective Ruebsam also seized what could be considered two diaries that documented highlights of outings with certain victims, and some of the entries depicted actions that were sexual in nature. Detective Ruebsam assisted with the submission of the search warrant. An application for a search warrant was prepared and submitted to Judge Joseph T. Bouvier based upon the evidence observed at the scene.

13. Detective Ruebsam interviewed both Jack and Jerry Cassidy while they were still present in their residence. Both consented to be interviewed, were again read the *Miranda* warning and were interviewed separately. The interview was recorded, but your Affiant is only including paraphrased statements provided to her by Detective Ruebsam. Jerry Cassidy stated that he believed he was going to jail because of the photographs on the walls and referred to himself as "a pedophile". Jerry Cassidy stated that he had sinned in the past and regretted the things he had done to some of the boys in the Boy Scout Troop he lead. Jerry Cassidy stated that he never touched any children sexually nor did he do what he did for sexual gratification, but instead claimed that he just took photographs.

14. Jack Cassidy stated that he was guilty of taking photographs of the children in his Boy Scout Troop. Jack Cassidy believed that the photographs may appear unordinary but that the photographs were innocent. Jack Cassidy stated that he never sexually touched any of the children and that he only took photographs. Jack Cassidy felt that in today's world this may not be acceptable.

15. After the interviews, Jack and Jerry Cassidy were placed in the same room together and Detective Ruebsam recorded a second interview with both men together. At this point, Detective Ruebsam presented evidence to both Jack and Jerry Cassidy from the diaries. These entries included, but were not limited to, details of both men sexually touching these children as well as trimming pubic hair from some of the victims. Jerry and Jack Cassidy each individually stated that they were "guilty." When Detective Ruebsam asked for clarification of what they were "guilty" of, Jerry Cassidy stated that they were guilty of being child molesters. Jack Cassidy acknowledged Jerry's position shortly after.

16. Sergeant Jonathan Bastian, Lexington Division of Police, responded to 898 Mason Headley Road, Lexington, Kentucky at approximately 12:37 a.m. on August 12, 2014 and at the request of Sergeant Culver. When he arrived at the residence, one of the Cassidy brothers was seated on a couch in the front living room and the other brother was asleep on a bed in the right rear bedroom. Sergeant Bastian conducted a brief walk through of the residence. Sergeant Bastian observed that the walls of the hallway were lined with framed photographs of children. Many, if not most, of the photographs showed children either shirtless, or in shorts, wearing

high socks. Some of the photographs appeared to have calf-high socks drawn on them with a marker. Almost all of the photographs were marked with names and locations. Most of the photographs included three numbers following them. Sergeant Bastian inferred these numbers to be the age of the child in years, months and days.

17. Sergeant Bastian observed that the first room on the left of the hallway was set up as an office. In this room there was a computer desk with numerous framed photographs on the desk and on the walls. Over the doorway was a sign that read something to the effect of, "our boys are our art." Sergeant Bastian observed that on the desk were photographs of a bound and naked man, as well as other photographs of boys. One of the photographs on the wall had a photograph of a naked boy, perhaps 10 years old, facing away from the camera. Some of the framed photographs had printed comments or descriptions posted next to them. There was also rope on the floor from where Jerry Cassidy was bound earlier in the evening. This rope is also similar to the rope displayed in the photographs.

18. Sergeant Bastian also observed in the left bedroom, at the end of the hallway, more photographs of boys, including names and apparent ages. Sergeant Bastian observed a small pair of jeans shorts on the wall of this bedroom in a shadow box.

19. Sergeant Bastian spoke briefly with Jerry Cassidy. Jerry Cassidy stated he had been advised of his rights. Sergeant Bastian began to read him his rights again and Jerry Cassidy interrupted him, saying, "I know, I know." Once or twice, Jerry Cassidy stated that he just wanted the police to take him to jail. When Sergeant

9

Bastian inquired as to why the police would take him to jail, he said, "you know." Sergeant Bastian asked for clarification and Jerry Cassidy said, "because I am a pedophile."

20. Sergeant Bastian asked Jerry Cassidy if he knew that the police were applying for a search warrant. Jerry Cassidy stated that he understood. Sergeant Bastian asked Jerry Cassidy if the search would yield anything more provocative than what had been observed so far and he replied, "yeah, probably." Jerry Cassidy showed signs of having a difficult time hearing so Sergeant Bastian did not converse much further with him.

21. Upon issuance of the search warrant, Sergeant Bastian assisted with the search of the residence and began his search in the office area. Sergeant Bastian located and seized computer discs and VHS-C video cassettes and numerous black and white photographs in a dresser. One of the photographs depicted a man who appeared to be a younger either Jack or Jerry Cassidy kissing a boy. Both the boy and the man in the photograph were bound with rope. This photograph was duplicated several times, both as a photograph and as a photocopy. Sergeant Bastian also seized several boxes of slides, a computer, printer and a digital photo printer.

22. In the left bedroom, Sergeant Bastian seized two books that appeared to outline the sexual abuse of several male victims. The books listed the first time a victim had been bound, first time naked, and other such "milestones." Sergeant Bastian observed that one of the entries indicated a male victim had masturbated both brothers during a bondage session.

23. In the right bedroom, Sergeant Bastian found cases of slides in the dresser and in the closet. Two locked containers in the closet had photograph books of various male victims, as well as a published book titled "show Me." The book had nude photographs of pre-pubescent children under the guise of being a sex education book. Sergeant Bastian also observed numerous tins of what appeared to be 8mm film in the living room, which were seized as well.

24. After execution of the search warrant, both Jack and Jerry Cassidy were placed under arrest for being in possession of matter portraying a minor in a sexual performance and transported to the Fayette County Detention Center without further incident.

25. On August 14, 2014, Detective David Hester of the Lexington Division of Police interviewed a witness that had come forward known as "TB" at the Lexington Division of Police Headquarters in regards to his contact with Jack and Jerry Cassidy. TB disclosed that he met Jack and Jerry Cassidy during the summer of 1973 when he was 10 years old. At the time, TB lived with his family in a trailer near the Red Mile racetrack in Lexington, Kentucky. He met Jack and Jerry Cassidy while riding motorcycles in what were fields near the track at that time. Jack and Jerry Cassidy told TB that they had a Boy Scout troop at the Salvation Army building on Main Street. After an invitation from the Cassidy brothers, TB began going to Scout meetings. Jack and Jerry Cassidy would also take him motorcycle riding and let him sleep over at their residence. Jack and Jerry

Cassidy's parents were still alive at this time and Jack or Jerry Cassidy would sneak TB inside the residence through the back windows.

26. TB had known Jack and Jerry Cassidy for approximately one month when they took him to another boy's house located off of Eastland Parkway. TB could not recall the boy's name, but thought his first name might have been "Gary." Jack and Jerry Cassidy sat down with TB, "Gary" and "Gary's" parents and talked to him about "love." Jack and Jerry Cassidy told TB that they loved "Gary" and that "Gary's" parents knew about it and they all believed this arrangement was okay. Neither Jack nor Jerry Cassidy made sexual advances toward TB during this encounter. Instead, this meeting was just to talk about "love."

27. At some point after this meeting, Jack and Jerry Cassidy began to take photographs of TB whenever he was at their residence. The first photographs Jack and Jerry Cassidy took of him were while he was still wearing his clothing. As time went by, Jack and Jerry Cassidy instructed TB to remove more and more articles of clothing until they were taking photographs of him in the nude.

28. Eventually, Jack and Jerry Cassidy took TB to a motorcycle riding area south of Lexington where people would go to ride dirt bikes. It was located off of I-75 and was called S-Tree. (Per a Google search conducted by Detective Hester, this could possibly be an ATV trail and recreation area located in the Daniel Boone National Forest in Jackson County near McKee, KY). During this trip, Jack and Jerry Cassidy took TB into the woods, tied him to a tree, and took photographs of him. During this encounter, Jack Cassidy performed oral sex on TB.

29. After this encounter, Jack and Jerry Cassidy would photograph and film TB numerous times while TB was nude and while TB was engaged in performing sexual acts with either Jack or Jerry Cassidy. The filming occurred at multiple locations, including at Jack and Jerry Cassidy's residence at 898 Mason Headley Road in Lexington, Kentucky.

30. TB reported to Detective Hester that both Jack and Jerry Cassidy would perform oral sex on him and make him masturbate both of them. Jack Cassidy would sometimes put chocolate syrup on his own nipples and have TB lick it off and then TB would masturbate Jack Cassidy. TB remembers both still photographs and 8mm films being taken by either Jack or Jerry Cassidy while this type of sexual activity was being engaged in between TB and the other Cassidy. TB had, at one time or another, been bound by both ropes and/or a strait jacket for these types of photographs on several occasions.

31. TB reported that he also engaged in sexual activity with both Jack and Jerry Cassidy in their pickup truck, which he described as a green Dodge with green interior. TB remembers that photographs were taken inside the cab of the truck as well. Photographs were also taken of TB with Jack and Jerry Cassidy's yellow boat and their multiple motorcycles. TB remembers that Jack and Jerry Cassidy used to put on motorcycle shows at area churches and schools and that he would participate in those shows.

32. TB remembers Jack and Jerry Cassidy taking him out of Kentucky for trips to Florida and Georgia. He remembers that the trip to Florida was to a location on

the west coast of Florida. All three stayed in a motel while in Florida and sexual activity between TB and Jack and Jerry Cassidy was photographed and filmed in their room.

33. TB never disclosed any of this until 2013, when he told his father and brother about the abuse. TB never disclosed any of this information to law enforcement until he saw the arrest of Jack and Jerry Cassidy on television. TB was not sure about any other children that might have been molested by either Jack or Jerry Cassidy during the same time period that he was. TB never engaged in sex with another child nor did he see Jack or Jerry Cassidy engage in sex with another child. He remembers that neither Jack nor Jerry Cassidy ever caused him physical pain and that if he didn't want to do a sexual act or take photographs that day, they never forced him to. TB reported that although oral sex was performed on him, he never performed oral sex on either Jack or Jerry Cassidy, and there was no anal sex involved at any time.

For the reasons stated above, your affiant believes that the real property known as 898 Mason Headley Road, Lexington, Fayette County, Kentucky, was used or intended to be used to commit or to promote the commission of the sexual exploitation of children, a violation of 18 U.S.C. § 2251(a), and was used or intended to be used to commit or to

facilitate a violation of 18 U.S.C. § 2423, and is, therefore, subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 2254 and 2428.

_____
Kimberly Hill Kidd, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me by Kimberly Hill Kidd this the 3rd day of October, 2014.

My commission expires:   08/15/15
Notary ID:  449123

ARTI D. PATEL
Notary Public
State at Large
Kentucky
My Commission Expires Aug 15, 2015

_____
NOTARY PUBLIC, STATE AT LARGE

15