...

# U.S. District Court Eastern District of Kentucky

# *Civil Case Assignment*

Case number **5:14-CV-386**

Assigned : Judge Karen K. Caldwell
Judge Code : 4313

Assigned on 10/03/2014

[ Request New Judge ] .....