UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:14-cv-00386-KKC

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.               VERIFIED CLAIM FILED BY
JAMES E. MURRINER AND JANE E. MURRINER
AS TO
898 MASON HEADLEY ROAD
LEXINGTON, KENTUCKY

REAL PROPERTY KNOWN AS
898 MASON HEADLEY ROAD,
LEXINGTON, KENTUCKY, OWNED BY
JACK CASSIDY AND JERRY CASSIDY                                              DEFENDANTS

* * * * * * * * * * * * * ** * * * * *

Come James E. Murriner and Jane E. Murriner, husband and wife, of 104 Orchard Street, Berea, Kentucky 40403 and hereby make a Verified Claim for the real estate known as 898 Mason Headley Road, Lexington, Kentucky, 40504.

2.) That they are the owners of this property conveyed by Deed dated February 20, 2015 from Jack Elliott Cassidy and Jerry Allen Cassidy, jointly and with right of survivorship.

3. Said property is further described as; Being all of Lot No. 1, Block "A" of the Gardenside Subdivision, Section 1-A, to the City of Lexington, FAYETTE county, Kentucky, as shown by plat of record in Plat Book 5, Page 55, Fayette County Clerk's Office, to which plat reference is hereby made for a more particular description of the property herein conveyed; the improvements thereon being known and designated as 898 Mason Headley Road; and being the same property being conveyed to Clarence B. Cassidy and Madeline Cassidy, husband and wife,

by deed dated August 22, 1955, and of record in Deed Book 584, Page 478, in the Fayette County Clerk's Office.

Both Clarence B. Cassidy and Madeline Cassidy, having died, and having passed their ownership to the survivorship of him or her, and the survivor having conveyed said property to their sons, Jack Elliott Cassidy and Jerry Allen Cassidy, in fee simple forever.

STATE OF KENTUCKY   )
                    (
COUNTY OF FAYETTE   )

*James Murriner*
JAMES E. MURRINER

*Jane Murriner*
JANE E. MURRINER

Subscribed, sworn to and verified to before me on this the **3rd** day of July, 2015 by James Murinner and Jane E. Murriner.

My Commission Expires: **June 6th 2017**

_____
Notary Public, State-At-Large, Kentucky

ID No. **490717**

CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing Verified Claim was served upon the United States by mailing of same to the Hon. Wade T. Napier, Assistant United States Attorney, 207 Grandview Drive, Suite 400, Ft. Mitchell, Kentucky 41017 and via electronic service via the ECF System, Email: wade.napier@usdoj.gov on this the **6th** day of July, 2015.

By: /s/ Fred E. Peters
    Fred E. Peters
    226 East High Street
    P. O. Box 2043
    Lexington, KY 40588-2043
    Telephone: (859) 255-7857
    Facsimile: (859) 254-0767
    Email: FPetersLaw@aol.com
    Attorney for Defendants