UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:14-cv-00386-KKC

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.            ANSWER OF DEFENDANTS, JACK ELLIOTT CASSIDY,
                             JERRY ALLEN CASSIDY,
              JAMES E. MURRINER AND JANE E. MURRINER, His Wife
                        AS TO 898 MASON HEADLEY ROAD
                                LEXINGTON, KENTUCKY

REAL PROPERTY KNOWN AS
898 MASON HEADLEY ROAD,
LEXINGTON, KENTUCKY, FORMERLY OWNED BY
JACK CASSIDY, JERRY CASSIDY, AND
CURRENTLY OWNED BY JAMES E. MURRINER
AND JANE E. MURRINER                                                        DEFENDANTS

* * * * * * * * * * * * * * * * * * *

    Come the Defendants, Jack Elliott Cassidy, and Jerry Allen Cassidy, James E. Murriner, and his wife, Jane E. Murriner, by counsel, and for their answer to the Complaint filed by the United States herein state as follows:

### FIRST OFFENSE

    1.) The Complaint fails to state a claim or cause of action against these Defendants upon which relief may be granted and the same should therefore be dismissed.

**SECOND DEFENSE**

2.) That at this time, these Defendants are without sufficient information and/or knowledge to form a belief as to the truthfulness of the allegations contained in paragraphs one (1), three (3), four (4), and seven (7) of the Complaint, and therefore said allegations are denied.

3.) The Defendants admit the allegations of paragraph number five (5) of the Complaint and in paragraph two (2) of the Complaint.

4.) That these Defendants specifically deny the allegations in numerical paragraph six (6) of the Plaintiff's Complaint.

5. The Defendants specifically deny each and every remaining allegation contained in the Plaintiff's Complaint, which has not been here before admitted.

**FOURTH DEFENSE**

That the allegations contained in the Plaintiff's Complaint, fail to satisfy the actual Statute of Limitations, and the allegations contained in the Plaintiff's Complaint are barred by the applicable Statute of Limitations and are a bar to this forfeiture action.

**FIFTH DEFENSE**

That James E. Murriner and Jane E. Murriner are transferees of the property, and are the actual record title owners of this real estate.

**SIXTH DEFENSE**

These Defendants, Jack Elliott Cassidy and Jerry Allen Cassidy, have not been convicted of any violation of law, which could serve as a basis for this forfeiture action at this time, and said Complaint should be dismissed and held for naught.

**SEVENTH DEFENSE**

The Defendants plead as an affirmative defense the allegations of the Complaint herein, the grounds of:

    A.) Latches;

    B.) Estoppel;

    C.) Payment and release and any other defense which would constitute an affirmative defense to the allegations of the Complaint herein.

### SEVENTH DEFENSE

These Defendants reserve the right to amend their Answer based upon information that may become known to them during the discovery phase of this litigation.

WHEREFORE, the Defendants having fully answered the complaint herein respectfully demand the following relief:

    a.) That the judicial forfeiture claim be dismissed and held for naught;

    b.) For their costs herein expended;

    c.) For any and all other relief to which it may properly be entitled.

Respectfully Submitted,

*/s/ Fred E. Peters*
FRED E. PETERS
226 East High Street
P. O. Box 2043
Lexington, KY  40588-2043
Facsimile: (859) 254-0767
Email:  FPetersLaw@aol.com
*Attorney for Defendants Jack E. Cassidy, Jerry A. Cassidy, James E. Murriner and Jane E. Murriner*

CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing Answer to the Complaint has been served upon the United States by mailing of same to the Hon. Wade T. Napier, Assistant United States Attorney, 207 Grandview Drive, Suite 400, Ft. Mitchell, Kentucky 41017 and via electronic service via the ECF System, Email: wade.napier@usdoj.gov on this the 13th day of July, 2015.


By: /s/ Fred E. Peters
　　Fred E. Peters
　　226 East High Street
　　P. O. Box 2043
　　Lexington, KY  40588-2043
　　Telephone:  (859) 255-7857
　　Facsimile: (859) 254-0767
　　Email:  FPetersLaw@aol.com
　　Attorney for Defendants