## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

CIVIL ACTION NO. 5:14-cv-386-KKC

UNITED STATES OF AMERICA            PLAINTIFF

V.            **MOTION FOR ORDER AND FINAL DECREE OF FORFEITURE**

REAL PROPERTY KNOWN AS
898 MASON HEADLEY ROAD,
LEXINGTON, KENTUCKY, OWNED BY
JACK CASSIDY AND JERRY CASSIDY            RESPONDENT

\* \* \* \* \*

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rule G(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiff, United States of America, respectfully moves this Court for entry of an Order and Final Decree of Forfeiture. This motion is supported by the previously filed Verified Complaint for Forfeiture *In Rem* [DE 1] and the attached affidavit. A proposed order and final decree of forfeiture is submitted herewith.

           Respectfully submitted,

           KERRY B. HARVEY
           UNITED STATES ATTORNEY

By:    /s Wade T. Napier
       Assistant United States Attorney
       207 Grandview Drive, Suite 400
       Ft. Mitchell KY 41017
       (859) 655-3205

Fax: (859) 655-3211
e-mail: wade.napier@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

s/ Wade T. Napier
Assistant U.S. Attorney

2