IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 14-386-KKC |
| Real Property Known as 898 Mason Headley Road, Owned by Jack Cassidy and Jerry Cassidy | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 31, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2016 at Lexington, KY.

_____
Wade T. Napier
AUSA



GOVERNMENT EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY, CENTRAL DIVISION
# COURT CASE NUMBER: 14-386-KKC; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 2254 and 18 U.S.C. § 2428, the United States filed a verified Complaint for Forfeiture against the following property:

Real Property located at 898 Mason Headley Road, Lexington, Kentucky, owned by Jack Cassidy and Jerry Cassidy (15-FBI-004726) Parcel # 21020300, more particularly described as follows:

Being all of Lot No. 1, Block "A" of the Gardenside Subdivision, Section 1-A, to the City of Lexington, Fayette County, Kentucky, as shown by plat of record in Plat Book 5, Page 55, Fayette County Court Clerk's Office, to which plat reference is hereby made for a more particular description of the property herein conveyed; and,

Being the same property conveyed to Clarence B. Cassidy and Madeline Cassidy, his wife, by deed dated August 22, 1955, and which title was passed to Jack Elliot Cassidy and Jerry Allen Cassidy by virtue of the Last Will and Testament of Clarence B. Cassidy, filed in the records of the Fayette County Clerk in Book 0108, Page 709, on April 18, 1985.

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (July 31, 2015) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, P.O. Box 3074, Lexington, KY 40588-3074, and copies of each served upon Assistant United States Attorney Wade Napier, 260 West Vine Street, Suite 300, Lexington, KY 40507, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 31, 2015 and August 29, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Real Property Known as 898 Mason Headley Road, Owned by Jack Cassidy and Jerry Cassidy

**Court Case No:** 14-386-KKC
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/31/2015 | 24.0 | Verified |
| 2 | 08/01/2015 | 24.0 | Verified |
| 3 | 08/02/2015 | 24.0 | Verified |
| 4 | 08/03/2015 | 24.0 | Verified |
| 5 | 08/04/2015 | 24.0 | Verified |
| 6 | 08/05/2015 | 24.0 | Verified |
| 7 | 08/06/2015 | 24.0 | Verified |
| 8 | 08/07/2015 | 24.0 | Verified |
| 9 | 08/08/2015 | 24.0 | Verified |
| 10 | 08/09/2015 | 24.0 | Verified |
| 11 | 08/10/2015 | 24.0 | Verified |
| 12 | 08/11/2015 | 24.0 | Verified |
| 13 | 08/12/2015 | 24.0 | Verified |
| 14 | 08/13/2015 | 24.0 | Verified |
| 15 | 08/14/2015 | 24.0 | Verified |
| 16 | 08/15/2015 | 24.0 | Verified |
| 17 | 08/16/2015 | 24.0 | Verified |
| 18 | 08/17/2015 | 24.0 | Verified |
| 19 | 08/18/2015 | 24.0 | Verified |
| 20 | 08/19/2015 | 24.0 | Verified |
| 21 | 08/20/2015 | 24.0 | Verified |
| 22 | 08/21/2015 | 24.0 | Verified |
| 23 | 08/22/2015 | 24.0 | Verified |
| 24 | 08/23/2015 | 24.0 | Verified |
| 25 | 08/24/2015 | 24.0 | Verified |
| 26 | 08/25/2015 | 24.0 | Verified |
| 27 | 08/26/2015 | 24.0 | Verified |
| 28 | 08/27/2015 | 24.0 | Verified |
| 29 | 08/28/2015 | 23.9 | Verified |
| 30 | 08/29/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.