UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:14-386-KKC

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                        **AGREED ORDER OF FORFEITURE**

REAL PROPERTY KNOWN AS
898 MASON HEADLEY ROAD,
LEXINGTON, KENTUCKY, OWNED BY
JACK CASSIDY AND JERRY CASSIDY                              DEFENDANT

\*    \*    \*    \*    \*

WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed on behalf of the

Plaintiff, United States of America, against the defendant real property owned by Jack

Cassidy and Jerry Cassidy (hereinafter Claimants).

AND WHEREAS, the complaint alleges and Claimants acknowledge that the

subject real property was used or intended to be used to commit or to facilitate a violation

of 18 U.S.C. § 2423, punishable by more than one (1) year's imprisonment, and is

therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 2428.

AND WHEREAS, the complaint alleges and Claimants acknowledge that the

subject real property was used or intended to be used to commit or to promote the

commission of a violation of 18 U.S.C. § 2251(a), punishable by more than one (1) year's

imprisonment, and is therefore subject to forfeiture to the United States pursuant to

18 U.S.C. § 2254.

AND WHEREAS, Claimants hereby acknowledge receipt of the complaint herein.


GOVERNMENT EXHIBIT

B

AND WHEREAS, Claimants hereby withdraw the claim filed herein on June 23,

2015 [DE 8].

NOW, THEREFORE, the parties being in agreement and the Court being

sufficiently advised, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

following property is condemned and forfeited to the United States of America pursuant

to 18 U.S.C. §§ 2428 and 2254.


                                                         _____

UNITED STATES DISTRICT JUDGE

AGREED:

KERRY B. HARVEY
UNITED STATES ATTORNEY

_____
Wade T. Napier
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell   KY    41017
(859) 655-3205
Fax: (859) 655-3211
e-mail:   wade.napier@usdoj.gov


_____
Fred Peters
226 East High Street
Lexington   KY    40507
(859) 255-7857
Fax:   (859) 254-0767
e-mail:   FPetersLaw@aol.com

2