# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CIVIL ACTION NO. 5:14-386-KKC**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**                          **AGREED ORDER OF FORFEITURE**

**REAL PROPERTY KNOWN AS
898 MASON HEADLEY ROAD,
LEXINGTON, KENTUCKY, OWNED BY
JACK CASSIDY AND JERRY CASSIDY**                                    **DEFENDANT**

\* \* \* \* \*

WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed on behalf of the Plaintiff, United States of America, against the defendant real property owned by Jack Cassidy and Jerry Cassidy.

AND WHEREAS, James E. Murriner and Jane E. Murriner hereby acknowledge receipt of the complaint herein.

AND WHEREAS, James E. Murriner and Jane E. Murriner hereby acknowledge that the deed of conveyance they received to this property, dated February 20, 2015, was filed after the United States' lis pendens filed of record in the real property records related to this property.

AND WHEREAS, James E. Murriner and Jane E. Murriner hereby withdraw the claim filed herein on July 6, 2015 [DE 9].

1


GOVERNMENT EXHIBIT C

NOW, THEREFORE, the parties being in agreement and the Court being sufficiently advised, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is condemned and forfeited to the United States of America pursuant to 18 U.S.C. §§ 2423 and 2251(a):

UNITED STATES DISTRICT JUDGE

AGREED:

KERRY B. HARVEY
UNITED STATES ATTORNEY

Wade T. Napier
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell KY 41017
(859) 655-3205
Fax: (859) 655-3211
e-mail: wade.napier@usdoj.gov

James E. Murriner and Jane E. Murriner
Claimants

Fred Peters
226 East High Street
Lexington KY 40507

2

(859) 255-7857
Fax: (859) 254-0767
e-mail: FPetersLaw@aol.com
*Counsel for Jack Cassidy*