UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>REAL PROPERTY KNOWN AS 898 MASON HEADLEY ROAD, LEXINGTON, KENTUCKY,<br><br>    Defendants. | CIVIL ACTION NO. 5:14-386-KKC<br><br>ORDER |

*** *** ***

This matter is before the Court on a docket review. An Order and Final Decree of Forfeiture having been entered on September 9, 2016 (DE 13), this action shall be and hereby is dismissed and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated February 4, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY